| **Infringement Claim Chart for U.S. Pat. No. US9054860B1 Vs. Odoo ("Defendant")** ||
|---|---|
| **Claim 1** | **Evidences** |
| 1. A digital verified identification system, | Defendant company (Odoo) is a process method for e-signing the digital documents safely.<br><br>**Get documents signed up faster.**<br><br>Simplify your processes, boost your productivity.<br><br>Odoo Sign is a fast and convenient way to send, sign, and approve documents. Prepare contracts by dragging & dropping blocks to be completed by the parties, submit signature requests in seconds, and track the status of sent documents.<br><br>Source: https://www.odoo.com/app/sign<br><br>**Easy Signature**<br><br>Send, sign and approve documents online. Upload your PDF and drag & drop fields easily.<br><br>Source: https://www.odoo.com/app/sign |

**Documents Integrity**

Odoo keeps the authoritative document under control at all times. Any activity on the document (read, sign, etc.) is encrypted to ensure document inalterability. An audit log report is available to all the parties at any time.

Source: https://www.odoo.com/app/sign

| | |
|---|---|
| a) at least one digital identification module structured to be associated with at least one entity, | At least one digital identification module structured (e.g., creating an e-signature of a user, who has to sign) to be associated with at least one entity (i.e., a user or a person, who has to create an e-signature).<br><br><br><br>Source: https://www.odoo.com/app/sign<br><br>**Create dynamic workflows**<br><br>**Create documents from templates**<br>Customize the editable fields in the PDF with the drag & drop function. Automate repetitive signature by using templates in order to save time and be more productive.<br><br>**Multiple signatures**<br>Make a document to be signed public and allow everyone to sign his own copy without any further action on your part.<br><br>Source: https://www.odoo.com/app/sign-features#part_7 |

| | |
|---|---|
| b)a module generating assembly structured to receive at least one verification data element corresponding to the at least one entity and create said at least one digital identification module, | A module generating assembly structured to receive at least one verification data element corresponding to at least one entity(e.g.,Odoo account for e-signing the documents) and create said at least one digital identification module (e.g., creating an e-signature of a user),<br><br><br><br>Source: https://www.odoo.com/app/sign-features#part_7<br><br>Source: https://www.odoo.com/app/sign |



Source: https://www.odoo.com/app/sign

Source: https://www.odoo.com/app/sign-features#part_7

| | |
|---|---|
| c) said at least one digital identification module being disposable within at least one electronic file, and | Said at least one digital identification module being disposable within at least one electronic file (As shown below, in images, the user can store the e-signature within a document or including PDF, WORD DOC, IMAGES, etc.)<br><br><br><br>Source: https://www.odoo.com/app/sign-features#part_7<br><br>Source: https://www.odoo.com/app/sign |



Source: https://www.odoo.com/app/sign

Source: https://www.odoo.com/app/sign-features#part_7

| | |
|---|---|
| d) said at least one digital identification module comprising at least one primary component structured to at least partially associate said digital identification module with said at least one entity, wherein | Said at least one digital identification module comprising at least one primary component structured (As shown below in images, an e-signature of a user is associated with information including user name, etc.) to at least partially associate said digital identification module with said at least one entity( e.g., an e-signature is associated with a user, who has to sign)<br><br><br><br>Source: https://www.odoo.com/app/sign-features#part_7<br><br>Source: https://www.odoo.com/app/sign |



Source: https://www.youtube.com/watch?v=n9L3mqS4JFI&t=325s

| | |
|---|---|
| e) said at least one digital identification module is cooperatively structured to be embedded within only a single electronic file. | Said at least one digital identification module is cooperatively structured to be embedded within only a single electronic file  ( As shown above in images, an e-signature is stored within a document- including PDF, WORD DOC, IMAGES, etc.)<br><br>**Get documents signed up faster.**<br>Simplify your processes, boost your productivity.<br><br>Odoo Sign is a fast and convenient way to send, sign, and approve documents. Prepare contracts by dragging & dropping blocks to be completed by the parties, submit signature requests in seconds, and track the status of sent documents.<br><br>Source: https://www.odoo.com/app/sign<br><br>**Easy Signature**<br>Send, sign and approve documents online. Upload your PDF and drag & drop fields easily.<br><br>Source: https://www.odoo.com/app/sign |



Source: https://www.odoo.com/app/sign-features#part_7

Source: https://www.odoo.com/app/sign



Source: https://www.odoo.com/app/sign

Source: https://www.odoo.com/app/sign-features#part_7



Source: https://www.youtube.com/watch?v=n9L3mqS4JFI&t=325s

Source: https://www.odoo.com/app/sign-features#part_7