William H. Healey, Esq.
WHealey@klugerhealey.com
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, NJ  07738
Telephone:  (973) 307-0800

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ODOO, INC,**<br><br>Defendant**.** | Case No. 23-852 (LJV)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Digital Verification Systems, LLC respectfully submits this notice of voluntary dismissal without prejudice of Defendant, Odoo, Inc.

Dated:  August 25, 2023                                         Respectfully Submitted

                                                                               **KLUGER HEALEY, LLC**


                                                                               */s/ William H. Healey*

                                                                               William H. Healey